# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LATAWNYA DENISE COWAN,

      Plaintiff,

v.                                        Case No.  20-1243-JWB

STATE OF KANSAS and
PETE ANDRE CLIFTON a/k/a KIM LEE,

      Defendants.

## MEMORANDUM AND ORDER

This matter is before the court on Plaintiff's motion to dismiss without prejudice.  (Doc. 12.)  This matter was filed on September 10, 2020.  (Doc. 1.)  On March 22, 2021, Magistrate Judge Gwynne Birzer entered a Report and Recommendation ("R&R") recommending dismissal of Plaintiff's complaint on the basis that she failed to sufficiently allege facts to support a claim. (Doc. 6.)  The undersigned adopted the R&R and dismissed Plaintiff's complaint on May 11, 2021. (Doc. 9.)  Judgment was entered on the same date.  (Doc. 10.)

Now, Plaintiff moves to dismiss without prejudice on the basis that she never consented to magistrate jurisdiction.  Plaintiff's motion is moot in light of this court's judgment entered almost five years ago.  To the extent Plaintiff's motion seeks other relief, the court is without jurisdiction in light of the judgment.

Plaintiff's motion to dismiss (Doc. 12) is DENIED AS MOOT.

IT IS THEREFORE ORDERED this 22nd day of April, 2026.

                            s/ John W. Broomes
                            JOHN W. BROOMES
                            CHIEF UNITED STATES DISTRICT JUDGE

-1-